# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2652
_____

United States of America

*Plaintiff Appellee*

v.

Rickey R. Norton, Jr.

*Defendant Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: March 19, 2020
Filed: March 24, 2020
[Unpublished]

_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Rickey Norton appeals after the district court[1] revoked his supervised release and sentenced him to a prison term within the advisory range under Chapter 7 of the

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

United States Sentencing Guidelines Manual ("Guidelines") and an additional term of supervised release. His counsel has moved to withdraw, and argues the revocation sentence is substantively unreasonable.

We conclude the revocation sentence is not substantively unreasonable. *See United States v. McGhee*, 869 F.3d 703, 705-06 (8th Cir. 2017) (per curiam) (revocation sentences are reviewed for abuse of discretion). The sentence was within the advisory Guidelines range and the statutory requirements. *See* 18 U.S.C. § 3583(e)(3), (h). Furthermore, the district court referenced the 18 U.S.C. § 3553(a) sentencing factors, and explained its reasons for the decision; and there is no indication the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (discussing substantive reasonableness; permitting, on appeal, presumption of reasonableness for Guidelines-range sentence). Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____